IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

LUIS ANCHANTE,

        Plaintiff,                            No. 2:13-cv-00510-KJM-JFM

    vs.

PRO CONSULTING SERVICES, INC.,

        Defendant.                          <u>ORDER</u>

_____/

        On March 14, 2013, the court set an initial scheduling conference in this case for July 25, 2013. (ECF 4.) The court ordered the parties to meet and confer at least twenty-one (21) calendar days before the status conference and to submit a joint status report at least seven (7) days prior to the status conference. (*Id.*) On July 16, defendant filed a status report indicating that plaintiff's counsel had not responded to defendant's counsel's initial attempts to meet and confer about preparing a joint status report. (ECF 7.)

        Accordingly, plaintiff's counsel is ordered to show cause, on or before the date of the status conference, why she should not be sanctioned in the amount of $250 for failure to obey the court's order to meet and confer and file a joint status report.

        IT IS SO ORDERED.

DATED: July 19, 2013.

                                                        UNITED STATES DISTRICT JUDGE