Tammy Hussin, Esq. (Bar No. 155290)
Lemberg & Associates, LLC
6404 Merlin Drive
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Luis Anchante

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Luis Anchante,<br><br>               Plaintiff,<br><br>      vs.<br><br>PRO Consulting Services, Inc.; and DOES 1-10, inclusive,<br><br>               Defendants. | Case No.: 2:13-cv-00510-KJM-JFM<br><br>**STIPULATION OF DISMISSAL** |

# **STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed without prejudice, with each side to bear its own fees and costs and without costs.

| Plaintiff | Defendant |
|---|---|
| __/s/ Tammy Hussin_____ | _/s/ Jack A. Klauschie, Jr._____ |
| TAMMY HUSSIN<br>Attorney for Plaintiff | JACK A. KLAUSCHIE, JR.<br>Attorney for Defendant |